# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH R. ZEIDERS, | : | CIVIL NO.: 1:19-CV-01740 |
| Plaintiff, | : | |
| | : | (Magistrate Judge Schwab) |
| v. | : | |
| ANDREW M. SAUL, | : | |
| Commissioner of Social Security, | : | |
| Defendant. | : | |

## ORDER
April 9, 2021

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that the Commissioner's decision denying disability benefits is **REVERSED** without remand to the Commissioner pursuant to 42 U.S.C. § 405(g), and disability benefits are awarded to Joseph R. Zeiders. After entering judgment in favor of Joseph R. Zeiders and against the Commissioner as set forth in the prior sentence, the Clerk of Court shall close this case.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge