UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH RAY ZEIDERS, | ) | Civil Action No. 1:19-CV-01740 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | (SCHWAB, M.J.) |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
|     Defendant. | ) | **[FILED VIA ECF]** |

## ORDER

On Plaintiff's Motion for Attorney's Fees pursuant to § 206(b)(1) of the Social Security Act, 42 U.S.C. § 406(b)(1), and there being no objection by counsel for the Defendant, it is hereby

## O R D E R E D

as follows:

1. That the Court authorizes a payment to Thomas D. Sutton, Esquire in the amount of Twenty-Eight Thousand, Two-Hundred, and Twenty-Four dollars and 37/00 cents ($28,224.37) in attorney's fees being withheld from Plaintiff's past-due benefits for court-related services; and

2. Upon receipt of this sum, Plaintiff's counsel shall remit of Twelve-Thousand, Seven-Hundred, and Thirty-Two dollars and 50/00 cents ($12,732.50) directly to Plaintiff, representing the sum already paid to Plaintiff's counsel on Plaintiff's behalf under the Equal Access to Justice Act, 28 U.S.C. § 2412.

ENTERED this __9th__ day of __September__, 2021.

BY THE COURT:

*S/Susan E. Schwab*
_____
SUSAN E. SCHWAB
U.S. MAGISTRATE JUDGE